JOHN B. LEVERICH, Respondent, *v.* WEEKS W. CULVER, et al. Appellants.

(Argued January 22, 1890 ; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 6, 1887, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*S. Jones* for appellants.

*Edward Cromwell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.